UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LOCAL 64 INTERNATIONAL PENSION FUND, et al., | ) ) ) | Case No. 4:04CV1737 |
| Plaintiff, | ) ) ) | MAGISTRATE JUDGE GEORGE J. LIMBERT |
| v. | ) ) | |
| INTEGRITY ELECTRICAL SERVICES, INC., | ) ) ) | |
| Defendant. | ) | ORDER |

    Upon representation of all parties and counsel that the above-entitled action has been settled between the parties,

    IT IS ORDERED that the docket be marked, "settled and dismissed with prejudice at Defendant's costs." The Court reserves jurisdiction to enforce the terms of settlement.

    IT IS SO ORDERED.

Date: March 29, 2005                                                        */s/George J. Limbert*
                                                                                 GEORGE J. LIMBERT
                                                                                 United States Magistrate Judge